**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of North Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kelly Farms, a NC General Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**76-0819672** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**508 Thomas Kelly Road**<br>**Sanford, NC**<br>ZIP Code **27330** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kelly Farms, a NC General Partnership** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Kelly Farms, a NC General Partnership**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Richard D. Sparkman**
Signature of Attorney for Debtor(s)

**Richard D. Sparkman 6857**
Printed Name of Attorney for Debtor(s)

**Richard D. Sparkman & Associates, P.A.**
Firm Name

**P.O. Box 1687
Angier, NC 27501**

Address

**919-639-6181  Fax: 919-639-6814**
Telephone Number

**November 8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David W. Kelly**
Signature of Authorized Individual

**David W. Kelly**
Printed Name of Authorized Individual

**General Partner**
Title of Authorized Individual

**November 8, 2010**
Date

In re **Kelly Farms, a NC General Partnership**, Case No. _____
                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Daniel C. and Kimberly Q. Kelly** <br> **EDNC** | | |
| **David W. and Tamara W. Kelly** <br> **EDNC** | | |
| **Rebecca S. Kelly** <br> **EDNC** | | |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Kelly Farms, a NC General Partnership**
Debtor(s)

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **28,390.20** |
   | Prior to the filing of this statement I have received | $ **28,390.20** |
   | Balance Due | $ **0.00** |

   **\*Retainer to be applied against hourly rate of $350.00 as approved by the Court**

2. The source of the compensation paid to me was:
   ☐ Debtor    ☒ Other (specify):    Life insurance proceeds from death of Oscar W. Kelly.

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 8, 2010**

/s/ Richard D. Sparkman
**Richard D. Sparkman 6857
Richard D. Sparkman & Associates, P.A.
P.O. Box 1687
Angier, NC 27501
919-639-6181   Fax: 919-639-6814**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Kelly Farms, a NC General Partnership**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ace Industrial Supply, Inc.<br>Attn: Managing Agent<br>7535 San Fernando Blvd.<br>Burbank, CA 91505-1044 | Ace Industrial Supply, Inc.<br>Attn: Managing Agent<br>7535 San Fernando Blvd.<br>Burbank, CA 91505-1044 | Business account | | 246.84 |
| Agco Finance, LLC<br>Attn: Managing Agent<br>PO Box 2000<br>Johnston, IA 50131 | Agco Finance, LLC<br>Attn: Managing Agent<br>PO Box 2000<br>Johnston, IA 50131 | | | 73,240.83<br><br>(0.00 secured)<br>(73,240.83 senior lien) |
| Agco Finance, LLC<br>Attn: Managing Agent<br>PO Box 2000<br>Johnston, IA 50131 | Agco Finance, LLC<br>Attn: Managing Agent<br>PO Box 2000<br>Johnston, IA 50131 | | | 73,240.83<br><br>(0.00 secured) |
| Blossman Gas<br>Attn: Managing Agent<br>2221 South Horner Blvd.<br>Sanford, NC 27330 | Blossman Gas<br>Attn: Managing Agent<br>2221 South Horner Blvd.<br>Sanford, NC 27330 | Business account | | Unknown |
| Branch Banking & Trust Co.<br>Attn: Jack R. Hayes, VP<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Branch Banking & Trust Co.<br>Attn: Jack R. Hayes, VP<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | | | 798,770.91<br><br>(Unknown secured) |
| Branch Banking & Trust Co.<br>Attn: Jack R. Hayes, VP<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Branch Banking & Trust Co.<br>Attn: Jack R. Hayes, VP<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Business credit card | | 6,135.00 |
| Broadway Hardware & Supply<br>Attn: Managing Agent<br>PO Box 10<br>Broadway, NC 27505 | Broadway Hardware & Supply<br>Attn: Managing Agent<br>PO Box 10<br>Broadway, NC 27505 | Business account | | 562.44 |
| Carolina Farm Credit<br>Attn: Managing Agent<br>PO Box 249<br>Carthage, NC 28327 | Carolina Farm Credit<br>Attn: Managing Agent<br>PO Box 249<br>Carthage, NC 28327 | | | 527,039.63<br><br>(0.00 secured) |
| Carolina Farm Credit<br>Attn: Managing Agent<br>PO Box 249<br>Carthage, NC 28327 | Carolina Farm Credit<br>Attn: Managing Agent<br>PO Box 249<br>Carthage, NC 28327 | | | 37,476.75<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    **Kelly Farms, a NC General Partnership**    Case No.
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Caterpillar Financial Services** Attn: Managing Agent 2120 West End Avenue Nashville, TN 37203 | **Caterpillar Financial Services** Attn: Managing Agent 2120 West End Avenue Nashville, TN 37203 | | | **38,000.00** (0.00 secured) |
| **CNH Capital** Attn: Managing Agent PO Box 3600 Lancaster, PA 17604-3600 | **CNH Capital** Attn: Managing Agent PO Box 3600 Lancaster, PA 17604-3600 | | | **9,206.84** (0.00 secured) |
| **Crop Production Services, Inc.** Attn: Managing Agent 136 Stonemark Lane, Ste. 120 Columbia, SC 29210 | **Crop Production Services, Inc.** Attn: Managing Agent 136 Stonemark Lane, Ste. 120 Columbia, SC 29210 | | | **1,156,884.90** (0.00 secured) |
| **Cruco-Mill & Industrial Supply LLC** Attn: Managing Agent 111 McNeill Road Sanford, NC 27330 | **Cruco-Mill & Industrial Supply LLC** Attn: Managing Agent 111 McNeill Road Sanford, NC 27330 | **Business account** | | **476.38** |
| **First Bank** Attn: Managing Agent PO Box 866 Troy, NC 27371-0866 | **First Bank** Attn: Managing Agent PO Box 866 Troy, NC 27371-0866 | | | **1,225,711.88** (0.00 secured) |
| **Jones Bros. Garage, Inc.** Attn: Managing Agent PO Box 190 Broadway, NC 27505 | **Jones Bros. Garage, Inc.** Attn: Managing Agent PO Box 190 Broadway, NC 27505 | **Business account** | | **231.01** |
| **Praxair Distribution, Inc.** Attn: Managing Agent 1510 Hawkins Ave. Sanford, NC 27330 | **Praxair Distribution, Inc.** Attn: Managing Agent 1510 Hawkins Ave. Sanford, NC 27330 | **Business account** | | **624.67** |
| **Riddle Equipment Co., Inc.** Attn: Managing Agent PO Box 160 Carthage, NC 28327 | **Riddle Equipment Co., Inc.** Attn: Managing Agent PO Box 160 Carthage, NC 28327 | **Business account** | | **17,776.49** |
| **Wells Fargo Financial Leasing Customer Service** MAC F4031-050 800 Walnut Street Des Moines, IA 50309 | **Wells Fargo Financial Leasing Customer Service** MAC F4031-050 800 Walnut Street Des Moines, IA 50309 | | | **11,231.58** (0.00 secured) |
| **Wells Fargo Financial Leasing Customer Service** MAC F4031-050 800 Walnut Street Des Moines, IA 50309 | **Wells Fargo Financial Leasing Customer Service** MAC F4031-050 800 Walnut Street Des Moines, IA 50309 | | | **4,424.58** (0.00 secured) |
| **Wicker Oil Company, Inc.** Attn: Managing Agent PO Drawer 2707 Sanford, NC 27331 | **Wicker Oil Company, Inc.** Attn: Managing Agent PO Drawer 2707 Sanford, NC 27331 | **Business account** | | **2,437.35** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Kelly Farms, a NC General Partnership**                                    Case No.
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 8, 2010**                    Signature   **/s/ David W. Kelly**
                                                            **David W. Kelly**
                                                            **General Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Kelly Farms, a NC General Partnership**, 
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 8, 2010**

Signature  **/s/ David W. Kelly**
**David W. Kelly**
**General Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Kelly Farms, a NC General Partnership**                                          Case No.
                                        Debtor(s)                                         Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 8, 2010**                    **/s/ David W. Kelly**
                                               **David W. Kelly**/**General Partner**
                                               Signer/Title

Richard D. Sparkman  
Richard D. Sparkman & Associates, P.A.  
P.O. Box 1687  
Angier, NC 27501

Branch Banking & Trust Co.  
Attn: Jack R. Hayes, VP  
P.O. Box 1847  
Wilson, NC 27894-1847

Employment Security Commission  
P.O. Box 26504  
Raleigh, NC 27611-6504

Kelly Farms, a NC General Partnership  
508 Thomas Kelly Road  
Sanford, NC 27330

Broadway Hardware & Supply  
Attn: Managing Agent  
PO Box 10  
Broadway, NC 27505

Estate of Oscar Wayne Kelly  
c/o Robert Gilleland  
Harrington Gilleland Winstead Feind  
1410 Elm Street  
Sanford, NC 27330

Internal Revenue Service  
P.O. Box 21126  
Philadelphia, PA 19114

Carolina Farm Credit  
Attn: Managing Agent  
PO Box 249  
Carthage, NC 28327

First Bank  
Attn: Managing Agent  
PO Box 866  
Troy, NC 27371-0866

NC Department of Revenue  
Office Services Division  
Bankruptcy Unit  
P.O. Box 1168  
Raleigh, NC 27602-1168

Caterpillar Financial Services  
Attn: Managing Agent  
2120 West End Avenue  
Nashville, TN 37203

Jones Bros. Garage, Inc.  
Attn: Managing Agent  
PO Box 190  
Broadway, NC 27505

Equifax Credit Information Svcs.  
Attn: Managing Agent  
PO Box 740241  
Atlanta, GA 30374

CNH Capital  
Attn: Managing Agent  
PO Box 3600  
Lancaster, PA 17604-3600

Praxair Distribution, Inc.  
Attn: Managing Agent  
1510 Hawkins Ave.  
Sanford, NC 27330

Experian  
Attn: Managing Agent  
5909 Peachtree Dunwoody Dr., Ste. 1000  
Atlanta, GA 30328

Colleen L. Byers  
Attorney for BB&T  
PO Box 21029  
Winston Salem, NC 27120-1029

Rebecca Kelly  
815 Buckhorn Road  
Sanford, NC 27330

Transunion  
Attn: Managing Agent  
PO Box 2000  
Crum Lynne, PA 19022-2000

Crop Production Services, Inc.  
Attn: Managing Agent  
136 Stonemark Lane, Ste. 120  
Columbia, SC 29210

Riddle Equipment Co., Inc.  
Attn: Managing Agent  
PO Box 160  
Carthage, NC 28327

Ace Industrial Supply, Inc.  
Attn: Managing Agent  
7535 San Fernando Blvd.  
Burbank, CA 91505-1044

Cruco-Mill & Industrial Supply LLC  
Attn: Managing Agent  
111 McNeill Road  
Sanford, NC 27330

Secretary of the Treasury  
1500 Pennsylvania Ave. N.W.  
Washington, DC 20220

Agco Finance, LLC  
Attn: Managing Agent  
PO Box 2000  
Johnston, IA 50131

Daniel Kelly  
Kimberly Kelly  
798 Buckhorn Road  
Sanford, NC 27330

United States Attorney  
Suite 800, Federal Building  
310 New Bern Avenue  
Raleigh, NC 27601-1461

Blossman Gas  
Attn: Managing Agent  
2221 South Horner Blvd.  
Sanford, NC 27330

David Kelly  
Tamara Kelly  
508 Thomas Kelly Road  
Sanford, NC 27330

USDA Rural Development  
Attn: Managing Agent  
2736 NC Hwy. 210  
Smithfield, NC 27577

Wells Fargo Financial
Leasing Customer Service
MAC F4031-050
800 Walnut Street
Des Moines, IA 50309

Wicker Oil Company, Inc.
Attn: Managing Agent
PO Drawer 2707
Sanford, NC 27331